#3:23-CV-02183-SVR

In the United States District Court
for the Northern District of California

**FILED**

Thomas Dean Jones

JUL 03 2023

Vs

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

The State of California

~~Appeal~~ Information Brief
on the denial of Federal Rights

in the California Appellate Court case # A165177
Mendocino County Superior Court case # SCUKCRCR2020362031

Thomas Dean Jones   pro-per
Executive Officer and New Guard for the People, pro tem since 2013
The United States Peoples Sphere of Action, A Public Entity
created by engagement between the Confederation of States and US Congress
before the U.S. Constitution was ordained by the Conventions of the People
Now being held as a Political Prisoner of the War for control over the
Peoples Blessings of Liberty   POW # BS1159
California Medical Facility   H-317 upper
P.O. Box 2500   Vacaville Ca 95696

If You are an offender, in the acts of Seditious Insurrection against the U.S.
Constitution Article 5 and Article 6 ... Your time is up!
These acts of terrorism, false imprisonment and Murder for political Power,
have given the citizens of the United States, their First Declared Right and Duty:
To take up arms throw off such a Government... All lawful Power has
devolved back to the People, who are facing Domestic Enemies of
our States that were Freed from Despotism
Since You think You are the Good Guys ...
I had to become one of the Bad Boys ...

Cover + 1

I would remind the Court, that when the Conventions of the People, in each of Several States, Secured All of the Blessings of Liberty, to themselves and to their posterity; It was done as We the People of the United States; they surrendered nothing, the People could Freely do while going about their liberties, All of the Peoples liberties were Federally protected. No single State can Alter the Federal Constitutional Contract, with the People, without their ratified consent. Every Officer, who is given enough power to harm the Contract, must swear an oath of Fidelity, which includes Article 5 due process of law, to get the Ratified consent of the Governed, for Authorities they deem necessary to exercise over the liberties, retained by the People. They are forbidden to even Construe to disparage or abridge the Peoples Properties.

Rights are Not Granted at the whim of the Peoples Officers, unless the States give up Some Authority, they already had, the Peoples Rights existed before the Contracted Form of Government was Ordained, by the People. And even if the Courts order the States to give up some authority, they had over the Peoples liberties, those Rights become the Property of the Peoples Federal Voice.

A 3/4 majority of Conventions of the People in each of the several States, speakes the legal Voice of We the People of the 50 United States, and it was declared, in law, that when the Peoples Sworn Officers deem it necessary, to exercise more Powers over the People, 2/3 of both houses of Congress, or the legislators in 2/3 of the States must propose Amendments to their lawful authorities, to get the Ratified consent of the Citizens of the United States, before they can lawfully take up arms and strip the People of their legal properties which our liberties are...

This is One Nation of States which were Free of Despotism and United under that cause, to Secure the Peoples Freedoms, Out of The easy reach of petty tyrants, who might abuse the Power The People delegate to Them.

I got notice of the State Attorney General's Response on May 30 and put in a request to go the law library, the next day and again on June 7, to day is the 13TH and I am still waiting to be allowed to get Copies made So I can Send this in TM I put in another library request on 06/16/2023; And on 06/23/2023, finally got ducat/Pass for 06/27/2023

# A 165 177       pending Higher court decision

In the Court of Appeal of the State of California

First Appelate District, Division Five

The State of California

V

Thomas Dean Jones

Mendocino County Superior Court # SCUKCRCR 2020 36 2031

Appellants Reply Brief pro per or pro se

Thomas Dean Jones
Executive Officer and Peoples New Guard protem since 2013
The United States Peoples Sphere of Action, a Public Entity
California Medical Facility H-317
P.O. Box 2500 Vacaville Ca 95696
Political Prisoner # BS1159   Blessings of Liberty War

## Complaints

The Fired Attorney George L Schraer held on to the Respondents Brief dated May 1 2023 and only delivered it to me at 19:30 on May 30, 2023. This attorney is Not assisting Me, but is adhering to the Domestic Enemies of the People of the United States, Article 5 due process of Law; And The People of California Sworn Officers, who refuse to Honor the U.S. Constitutional Contract, Article 6, 5, laws which shall be made in pursuance thereof. Remember that once the Peoples Officers in our States, which were freed from despotism, violate their oaths of fidelity to Article 5 due process, and refuse to get the ratified Consent of the Governed over for the Authorities they deem necessary to exercise over the People, those Officers become Enemies of the State.

1 of 8

They are Enemies of the Whole Society and only the Power of Treason supports them Holding positions of Authority they Refuse to have honor for!

Secondly my Right to represent myself under the Federal Bill of Rights, is still on appeal, Now in the U.S. District Court #5:23-cv-02183-SVK. I Never expected to find any Men of Honor, in the front lines of the 50 United States of America, who levied acts of Seditious Insurrection, to overthrow the Power which the thirteen original States, and the U.S. Congress Vested in Conventions of the People in three fourths of the several States to Free The People and their Government from despotism. It is the animal nature of the economic predators, to try to Cover up their Crimes, when confronted with a fight or flight situation, they run for the State of denial, However that is why the Supreme fundamental rules of law and principles laid down by the Founding Fathers, were put into writing... So that the People, who can read, can tell when their sworn Officer become infidels, and can No longer be Trusted to be Honorable People.

I would point out here that the Deputy State Attorney General has stated the arguments, for my Right to represent myself in this case. Showing up Judge Jacksons overt act of Rebellion and act of adhering to acts of Sedition against the lawful Authority vested in Conventions of the People, in the U.S. Constitutional Contract Article 5 and against the States Constitutional Contract Article 9 diminishing the States Obligation to contracts. This is a Three Party contract at the Federal level of this Nation which Freed itself, from the Despotism of the English King, Parliment, and Judges ... Furthermore, after the peoples Sworn Officers Breaches of Trust have caused them to forfeit their delegated Powers, Nothing they do actually holds legal power, reguardless of who adheres to them, those acts only further corrupt our System of Constitutionally limited Democracy in this Society.

Thirdly I would reiterate that every chair of Power and mantle of Authority in this Societies Constitution Democracy under the more perfect Union belongs to and is granted In the Name of We the People of the United States, even Statehoods; And Government Officers can only delegated enough power to harm our Constitution, if they abuse that Power, upon oaths of Fidelity to the Suprem laws governing their actions and Due process for gaining more authorities over the Peoples Rights.

Rebellions against the US Constitution Article 6 and the Bill of Rights or against The fourteenth Amendment section 1; Construing to deny or to use indirect means to diminish or abridge the Liberties retained by the People: Are Not made in pursuance of our ratified three Party Contract and are merely act of Usurpation of civil Authorities in this Society. The fundamental principles of this Constitutional Society state that these Officers have placed themselves into states of War with the People.

Our States were Freed from Despotism, and even though these domestic Enemies of the State, and of Free People, were duped into using the Tyrannical application of Power to strip Freedoms away from the People by force of arms outside of their ratified authorities, by the People trying to put our lives, liberties and properties under a One World Government, They are still guilty of levying War on the Peoples portion of the more perfect Union and of using Money levied from the People to hire gunmen to support their seditious Insurrections and keep them in Power after all lawful authority was legally forfeited. These predatory Natured humans have become Outlaws and Gansters in this Worlds largest criminal Gang, using psychological warfare and propaganda to make Traitors think they are the Good Guys; Zealots well meaning but without understanding because of Government controled education Not teaching how this society was Freed from the Rule of the Few over the Liberties of the Many in a Government instituted to secure our Rights among Men, deriving its just Powers from the ratified Consent of the Governed

Since forming the more perfect Union, with the People being Governed in this Nation, No single State, of the 50 United States of America, has enough sovereignty to alter the Blessings of liberty retained by the Peoples Federal voice in the Federal Constitutional Contract; the Rule of law states that due process for getting New Authorities, which can be exercised over the citizens of the United States, requires Two thirds of both houses of Congress, propose amendment to their authorities or when the legislators in Two thirds of the States call for a Convention to propose amendments to the authorities they deem necessary to exercise over the People, both of which must gain the ratified Consent of the Governed, before Force of Arms can be lawfully used to take Liberties retained by the People, away from them.

In my case, in addition to the Federal Right to represent myself, under laws, which shall be made in pursuance of the Constitutions in this society. This also includes my right to keep and carry arms which No Honorable Officer shall infringe, especially during this war against the People for control over the Blessings of liberty.

All of the enhancements for possession of a gun have No basis in legally obtained Authority, these are acts of seditious Insurrection as I have already pointed out, done by Zealots refusing to secure our Rights among Men and attempting to put our liberties in the hands of the United Nations and their own hands, at the point of leveled Guns. Furthermore the Rebel Officers in this State and in the 50 United States, who are bent on usurpation of Powers vested in Article 5 Conventions of the People ... May Not like what the Spirit of right and moral thinking for the whole of Mankind (Freuds super id) moved me to do, in the portion of law where no law had been made for or against the Peoples declared Duty to Stand up a New Guard, "Straw Man" until the Article 5 Conventions of the People are called to have their lawful say in this Society; And Setting up an Office to represent that Federal voice of the People while they are Not in session, in the Tenth amendments portion of Governmental Powers secured to the People; or the reclaiming of the Chair in Congress which was put in so the People could come in and speak directly to Congress while it was in session, but was then taken away, without due process of law. However, that was legally done, The claim to Champion the Cause of Securing the Blessings of liberty to the Article 5 Federal voice of the People, was placed on the executive Desk, of then President Obama, Under the California Rules of Evidence 641 and presented in the office of the U.S. Supreme Court, under the rules made by the Straw Man, New Guard for the People, over the Blessings of liberty, those rules legally Stand in Portion of Governmental Power secured to the People untill that Government Body is called to either impeach Me or to "flesh-in by committees and Ratification of the New Guard and Executive Officer Speaker for the Peoples Federal voice.

The Rule of Law must be obaied even by Judges, especially by Judges who are All bound thereby, anything in the Constitution or laws of any state, to the contrary Notwithstanding...

4 of 8

Furthermore, I would raise a complaint against the Deputy State Attorney General Arther P. Beever referring to the victim Jamie Wilcox as a Despot. And claiming that only a fringe element in this society think that the Peoples Officers who swear Fidelity to form the more perfect Union and secure the Blessings of liberty to the Federal Voice of the People should be required to obey the Rule of Law under our Three Party Contract... Even though I justified a homicide, to insure domestic tranquility and indemnify the innocent, when my step-son informed me of what he intended to do, the next day after work ... I liked Jamie or I would have never given him that part of my inheritance. I do regret placing a Trust in a person who was unworthy of it, the same as the American People, who have understanding of How our Society was Freed from Despotism, regret placing their faith in People unworthy of it. The Citizens of the United States have been placed into a State of War by their Rebel Officers and lawfully all Power has devolaved back to the People to protect themselves from the predetory animel natures of People who cannot be trusted to keep their words. And while Despots might fit the actions of the Jaymées, Wilcox was not the instigator of the abuses, Jamie Wilcox was also a victim of Jayme Garden, the abused child who became the well trained adult abuser, (since Beever brought that up)

Under the Rule of law in this Society that created One Nation of Free People and States Freed from Despotism Justice is supposed to prevail Judges are supposed to Honor their oath of Fidelity to the three party Constitutional Contract and secure the Peoples Federal Rights to Article 5 due process of law and provide equal protection under every law which shall be made in pursuance thereof..

However by promoting the worship of mammon, above the other Religions created by Men, and by using Money as their bottom line God... These Rebel Officers have priced Justice out of the reach of most of the members of this Society of economic predators and prey. The People are being Ruled by the Gun and being required To use Guns, to fight back against injustices, as each predator sees it; while being educated and trained to walk on the psychological path of the predatory beasts, capitalizing on every weakness they can find or create in their neighbors, for all of the Money they get to spend in their life times...

5 of 8

My Federal Right is to have the assistance of Counsel in my case, and that includes assistance of my rights when all lawful authority devolves to the People when sedition is used against them by Rebel Officers and Treason exists in giving aid and or Comfort to the Enemies of the State, who continue to hold positions of Power by Treason...

We The People of the 50 United States of America should Not be required to take up arms and Throw off these Rebel Officers. Even though it is our declared Right and Duty to this Society. And that is how We the People First Freed Ourselves and Our States from the Despotism of The European form of Democracy still being Practiced by Parliment, Judges and the United Nations

As the Courts psychologist reported, I have a superior I.Q. I understand that the economic Predators, who do this for their livings, can navigate and manipulate the corrupted system better than I can... However, as I claimed the Duty to Champion the cause of We the People of the United States, to fix the broken System, the Broken Trusts, I must stand fast and defend the Peoples legal Ground... I understood before I justified a homicide, that I was sacraficing my own life and that of my Step-Son Jamie Wilcox, to indemnify the innocent and ensure domestic Tranquility of the Rest of my family, on Property that was Free and clear of debt, in the world of Economic Wolves, and on a property which had Three residents and Four resident tennantcies High IQ's don't determine what People do, just how effectively they can do it. The property was Not put into debt to the followers of the psycho path of the Predatory Beast and I insured that they cannot make Me Homeless... The tax payers will have to pay for my crime, if It actually was one, in this Civil War for control over the Blessings of Liberty; And this way just gave me easier access, to the Peoples sworn Officers who claim that they are Honorable ~~Atom~~ People who follow the Rule of Law in a land Freed from Despotism by the Peoples Representatives in the Federal and States spheres of limited lawful actions, delegated by the ratified Consent of the citizens of All 50 United States, by Article 5 due process. In this, Blessings of liberty War, I claimed the Right to champion All of the People. I did not sacrifice my life and Freedom for my own family. I sacrificed My Freedom for the Freedoms of Every one in this Society!

6 of 8

I once Thought that Reason might be Sufficient to the Peoples Cause for Freedom from the Rebel Officers... And Freedom for our States... That means Freedom From the Tyrannical application of Power, Not the Freedom to use that Power. Unfortunately For our Society of Free People, The predatory Nature, in humans, Causes Power Mongers to try to fight to the Death for Power over others in the Economic Wolf Packs of Capitalism, it causes some to become more ravening on their own kind, than the wolves. It causes Some Governments, to try to use ever increasing amounts of evil, trying to overcome the true meaning of unalienable Rights! However the laws of Human Natures cannot be broken as easily as the laws of Men, Even when employing large Gangs of Gunmen, against People who think they should be free of Despotism by Governments!

Remember that in the 50 United States of America Every Officer in both Federal and State levels of Government are required to swear Fidelity to the U.S. Constitutional Contract including our Bill of Rights, this includes The Tenth Amendments division of Government Powers into three Parties... And the Federal Voice of the People in Article 5... Legislators and Judges cannot lawfully comit acts of Sedition to Construe to deny or disparage the Blessings of liberty retained by the People, without their ratified Consent. No matter how long, or how many people, have become accustom to suffering these Seditious Insurrections, and propaganda Spread, in psychological Warfair in this attempt to Subject the American People to the Pleasures of Zealots who think they know what is best for the Humans they Prey on, for all of the tax dollars they get to spend, and use, to make themselves richer. These Economic Predators, cannot live within their means, So whenever their greed makes it necessary, they put You further into debt, finding more ways to make You think it is necessary for You to give up more to slake the Greed of their Predatory Animal Nature. Now they Saved US from default again.

We the People of the United States are losing our Freedoms and Money, due to the laws of Nature, as Humans follow the psychological path of the Predatory beasts. And the inability to force Legislators and Judges to Honor the Rule of law, made by our Three Party Contract or to respect the more perfect Union... I move the Court to End the Seditious Insurrections.

Speaker for the United States Peoples Sphere of Action Thomas Dean Jones
Executive Officer and Peoples New Guard          Thomas Dean Jones

7 of 8

In this case the Appellate Judge has already ruled against my Federal Rights; as if they only exist at the whim of one State Officer Who has been Granted the Power to take away the Blessings of Liberty at the point of leveled Guns whenever they deem it necessary...

The State Attorney General Argument is against both the States Attorney who refuses to assist Me... And the Judges Ruling...

This causes Me to reiterate the Fundamental Principle laid down by The Founding Fathers when they Freed our States from Despot Judges who would substitute their own pleasures for the Rightful WILL of the citizens of the United States, put into our Bill of Rights: "Where an appeal to the law, and constituted judges, lies open, but the remedy is denied by a manifest perverting of justice, and a barefaced wresting of the laws to protect or indemnify the violence or injuries of some men, or party of men," (Such as the Gansters now in rebellion against Article 5 & 6 of the U.S. Constitution) "there it is hard to imagine any thing but a state of War: for wherever violence is used, and injury done," (Such as in the unratified 'War on Drugs' which finances Drug Cartels in neighboring Countries and Street gangs in this Nation), "though by hands appointed to administer justice, it is still violence and injury, however coloured with the name, pretences, or forms of law, the end whereof being to protect and redress the innocent, by an unbiased application of it, to all who are under it; whenever that is not bona fide done, war is made upon the sufferers..."

In attempting to defend myself from the Peoples sworn Officers, who have already forfeited their lawful authority, and use the Power of Treason, to keep themselves in Power, I am the innocent victim of a Rebel Officer Conspiring to deny my Federal Right...

Your Gang of Rebels cannot do away with these principles on your own WILL Power, without levying War on the Federal Voice of We The People of the 50 United States of America, in Article 5
After War was levied on Article 6 and Sedition was used against the Federal Voice of The People, Treason by Judges and Cops does Not require intent...
Don't make the People have to put down these Seditious Insurrections.

8 of 8

## Proof of Service

I Thomas Dean Jones, being constantly under Oath, to the Kingdom of Heaven, and to We the People of the United States; to tell the Whole Truth, and to stand Gard over the Flock: Assure both parties that I am still worthy of that Trust. Reguardless of ex-post-facto Rulings and the opinions of some other sinners or outlaws, who abuse the Powers delegated to them.

ON 06/28/2023 under California Evidence Code 645, and as soon as I was allowed to by a traitorous lawyer and the rules laid down by the States gansters in this Prisoner of War camp known as the California Medical Facility, Did place into the Hands of the Guards this information Brief and Reply Brief, in Envlopes addressed to:

| | |
|---|---|
| The U.S. District Court | The California Appellate Court |
| 280 South First Street Room 2112 | 350 McAllister Street |
| San Jose, California 95113-3095 | San Francisco Ca 94102 |
| | |
| The California Supreme Court | California Deputy Attorney General |
| 350 McAllister Street Room 1295 | 455 Golden Gate Ave suite 11000 |
| San Francisco Ca 94102-4797 | San Francisco Ca 94102-7004 |
| | |
| George L Schraer Attorney | US Justice Department |
| 5173 Waring Rd #247 | 950 Pennsylvania Ave NW |
| San Diego Ca 92120 | Washington DC 20530-0001 |
| | |
| Clerk of Superior Court | District Attornies Office |
| 100 North State St | 100 North State St. |
| Ukiah, Ca. 95482 | Ukiah, Ca. 95482 |



California Medical Facility #317
Thomas Dean Jones POW # BS1159
P.O. Box 2500, Vacaville, Ca. 95696

California Dept of
Corrections & Rehabilitation

The Clerk of the U.S. District Court
280 South First St Room 2112
San Jose Ca 95113-3695

The United States Peoples Sphere of Action

6/28/23

c/o Owens 96060